NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――――

**BCPEABODY CONSTRUCTION SERVICES, INC.,**
*Plaintiff-Appellee,*

**v.**

**UNITED STATES,**
*Defendant-Appellant.*

―――――――――――

2014-5024

―――――――――――

Appeal from the United States Court of Federal Claims in No. 1:13-cv-00378-CFL, Judge Charles F. Lettow.

―――――――――――

**ON MOTION**

―――――――――――

**O R D E R**

Upon consideration of the United States' unopposed motion to withdraw its appeal,

IT IS ORDERED THAT:

(1) The motion is granted.  The appeal is dismissed.

2                          BCPEABODY CONSTRUCTION v. US

(2) Each side shall bear its own costs.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s19


ISSUED AS MANDATE: March 27, 2014